Magistrate Judge Arnold

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| ALLEN L. BAILEY, | ) | |
| | ) | |
| Plaintiff, | ) | NO.  C05-5110FDB |
| | ) | |
| vs. | ) | ORDER AMENDING |
| | ) | BRIEFING SCHEDULE |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Based on the stipulation of the parties it is hereby ORDERED that the briefing schedule be amended as

follows:

Plaintiff's brief:            August 12, 2005
Commissioner's brief:    September 9, 2005
Plaintiff's reply brief:     September 23, 2005

DATED this 21st day of July, 2005.

_____
*/s/ J. Kelley Arnold*
U.S. MAGISTRATE JUDGE

Presented by:

DAVID B. VAIL
JENNIFER CROSS-EUTENEIER & ASSOCIATES

By:____/S/_____
ERIC S. BECKENDORF  WSBA# 34140
Attorney for Plaintiff

ORDER AMENDING BRIEFING SCHED. - 1

**DAVID B. VAIL,**
**JENNIFER M. CROSS-EUTENEIER**
**AND ASSOCIATES**
**P.O. BOX 5707**
**TACOMA, WASHINGTON 98415-0707**
**TACOMA: (253) 383-8770**
**SEATTLE: (253) 874-2546**
**OLYMPIA: (360) 943-8098  FAX: (253) 383-8774**